UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>JOSEPH LEWIS, et al.<br><br>Defendants. | 23-CR-370 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court received a request from counsel for Defendant Joseph Lewis seeking permission for Mr. Lewis to attend the conference <u>on August 8, 2023</u>, telephonically. Counsel also requested to file their letter-motion under seal. Because the letter-motion includes sensitive medical information, the Court grants the request to seal.

Federal Rule of Criminal Procedure 43(a) states the defendant's presence is required at: (1) the initial appearance, the initial arraignment, and the plea; (2) every trial stage; and (3) sentencing. Because this conference is not one in which Mr. Lewis's presence is required and in light of the information provided in counsel's sealed letter, the Court also grants this request.

Dated: August 4, 2023
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge