

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

August 15, 2023

BY ECF

The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: ***United States* v. *Joseph Lewis*, S1 23 Cr. 370 (JGLC)**

Dear Judge Clarke:

The Government writes concerning the personal recognizance bond for the above-referenced defendant. On July 26, 2023, the defendant made his initial appearance in Magistrate Court, and Magistrate Judge Figueredo, on the consent of the parties, released the defendant on certain conditions. (Dkt. 16). More specifically, the defendant was released on two personal recognizance bonds—one secured by $300,000,000 in property, and the other secured by the signature of two financially responsible persons. (*Id.*). Judge Figueredo left open the amount of the second bond pending further information from the parties.

On August 8, 2023, at the initial conference before Your Honor, the parties proposed that the Court set the bond amount for the second bond at $500,000. The Magistrate Clerk's Office has informed the parties that it requires a written order from the Court to set the amount for the second bond. As such, the parties respectfully request that the Court so-order this letter setting the bond amount at $500,000.

[continued on next page]

In addition, the parties continue to work to finalize the defendant's efforts to post property in support of the $300,000,000 secured bond also in place to secure his continued release. The parties respectfully request that the Court extend the deadline to complete this portion of the defendant's conditions of release to August 23, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: s/ Jason A. Richman
Jason A. Richman / Nicolas Roos
Assistant United States Attorneys
(212) 637-2589

SO ORDERED:
August 15, 2023

Jessica Clarke

THE HONORABLE JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE