

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 16, 2023

BY ECF

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States* v. *Joseph Lewis, et al.*, S1 23 Cr. 370 (JGLC)

Dear Judge Clarke:

    Please find enclosed for the Court's consideration a proposed protective-order in the above-referenced case that has been executed by the defendants and the Government.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By: s/ Jason A. Richman
        Jason A. Richman / Nicholas Roos
        Assistant United States Attorneys
        (212) 637-2589

CC:   Defense Counsel (by ECF)