

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 14, 2024

<u>BY ECF</u>

The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    ***United States* v. *Joseph Lewis, et al.*, S1 23 Cr. 370 (JGLC)**

Dear Judge Clarke:

    The Government writes on behalf of the parties concerning the upcoming status conference in this matter, which we understand the Court is adjourning to February 26, 2024, at 11 a.m. The parties agree that the Court should exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) through the date of the conference. Such an exclusion of time would, among other things, allow the defendants to continue their ongoing review of discovery material and contemplate potential pretrial motions. A proposed order is attached for the Court's consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: <u>s/ Jason A. Richman</u>
    Jason A. Richman / Nicolas Roos
    Assistant United States Attorneys
    (212) 637-2589/2421

cc:    Defense Counsel (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

      - v. -                    ORDER

JOSEPH LEWIS, et al.,          23 Cr. 370 (JGLC)

        Defendants.

- - - - - - - - - - - - - - - - - - -X

        Upon the application of the United States of America, by and through Assistant United States Attorneys Jason A. Richman and Nicolas Roos, and with the consent of the defendants through counsel, it is hereby ORDERED that the time until February 26, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because it would permit the defendants to continue their review of discovery material and contemplate potential pre-trial motions.

Dated:  New York, New York
       February ____, 2024

                                _____
                                THE HONORABLE JESSICA G.L. CLARKE
                                UNITED STATES DISTRICT JUDGE