UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JOSEPH LEWIS, et al.,<br><br>Defendant. | 23-CR-370 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

The conference in this matter, previously scheduled for **February 26, 2024, at 11:00 a.m.**, is rescheduled for **February 26, 2024, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Dated: February 21, 2024
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge