# Exhibit O

Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Your Honor,

I am ashamed and deeply aware that I allowed my hubris and childish exuberance to impede my judgment. Realizing my actions have violated the law and harmed those I love fills me with profound shame and embarrassment. I sincerely apologize to the Court and all those I have hurt.

I offer no justification for my actions nor excuses for my behavior. I hope my decision to immediately and voluntarily travel to the U.S. upon learning of my indictment and my desire to plead guilty demonstrate my willingness to accept responsibility and acknowledge my predicament is entirely my fault.

I have always believed I could make a difference. I wanted to find cures for diseases and genuinely help people. The proudest and most exciting event in my professional life was when a company that I had nurtured for many years discovered life-saving treatments for colon and rectal cancer. But I now recognize the irony of how my misguided actions undermined the laws of this nation and the very aims I pursued. It is a devastating and self-inflicted humiliation I will have to live with for the rest of my days.

Your Honor, I offer my apology with sincerity and humility, recognizing the gravity of my transgressions and the pain I have caused.

At 87, I have little time to repent and repair my relationship with this country, my family, and friends. What days, months, or years I have left, I assure you will be fully committed to making amends, rebuilding the trust I squandered, and proving to the Court and my loved ones that I am an honest, caring, and giving person of this world.

I am in gratitude for your time and consideration.

_____
Joseph C Lewis