UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -against-<br><br>JOSEPH LEWIS,<br>                              Defendant. | 23-CR-370-1 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

WHEREAS, the Defendant Joseph Lewis was released on bail in the above-captioned case on a personal recognizance bond secured by his plane and his yacht.

WHEREAS, the Defendant Joseph Lewis has now been sentenced to probation; it is hereby

ORDERED, that the Defendant Joseph Lewis's bail is exonerated, his bond is satisfied, and his plane securing the bond are released from all conditions therein, and

ORDERED, that Pretrial Services return the Defendant Joseph Lewis's passport, which he surrendered to Pretrial Services following his voluntary surrender, and

ORDERED, that the Defendant Joseph Lewis is released from his bond and is hereby permitted to travel today or tomorrow to The Bahamas on his plane, and

ORDERED, that before the Defendant Joseph Lewis self-deports he shall be in communication with the United States Probation Office.

Dated: April 4, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge