UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,                     :
                                              :
        - against -                        :      23-CR-370 (JGLC)
                                              :
JOSEPH LEWIS,                                 :      **ORDER**
                                              :
        Defendant.                          :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JESSICA G.L. CLARKE, United States District Judge:

    WHEREAS, the Defendant Joseph Lewis was released on bail in the above-captioned case on a personal recognizance bond secured by his plane and his yacht.

    WHEREAS, the Defendant Joseph Lewis has been sentenced to probation, has been in communication with the United States Probation Department, and has self-deported from the United States; and

    WHEREAS, the Defendant Joseph Lewis has paid the fines, forfeiture, and special assessment imposed by the Court at his sentencing hearing of April 4, 2024; it is hereby

    ORDERED, that the Defendant Joseph Lewis's bail is exonerated, his bond is satisfied, and both his plane and his yacht securing the bond are released from all conditions therein.

Dated: April 16, 2024
       New York, New York

                            SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge