UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
 :
UNITED STATES OF AMERICA
 :
       - v. -    :   [PROPOSED] RESTITUTION ORDER
 :   S1 23 Cr. 370 (JGLC)
JOSEPH LEWIS,
 :
                Defendant.
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      WHEREAS, on or about April 9, 2024, JOSEPH LEWIS, the defendant, was sentenced to three years' probation, a one year term of supervised release, a $5,000,000 fine, a $300 special assessment, and an amount of restitution to be determined at a future date (*see* Dkt. 69);

      WHEREAS, in advance of that sentencing Solid Biosciences Inc. ("Solid Biosciences"), a victim of the offenses of conviction, submitted a victim impact statement seeking restitution to recover costs and attorney's fees (*see* Dkt. 66-1);

      WHEREAS, on or about November 12, 2024, counsel for Solid Biosciences notified the Government that JOSEPH LEWIS, the defendant, agreed to pay Solid Biosciences $400,000 as restitution for its attorneys' fees;

      IT IS HEREBY ORDERED that JOSEPH LEWIS, the defendant, shall pay restitution in the amount of $400,000 to Solid Biosciences. Restitution is not joint and several with other defendants or with others not named herein. In the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

The defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his/her name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

SO ORDERED:

_Jessica Clarke_   January 14, 2025
                   DATE

HONORABLE JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE