UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Judgment Creditor,<br>v.<br><br>JOSEPH LEWIS,<br><br>                    Judgment Debtor, | 23 CR 370-1 (JGLC)<br><br>**SATISFACTION OF JUDGMENT** |

U.S. DISTRICT COURT FILED FEB 0 7 2025 S.D. OF N.Y.

Satisfaction is acknowledged between United States of America, judgment creditor, and Joseph Lewis, judgment debtor, for the fine in the amount of $5,000,000.00, the restitution in the amount of $400,000.00 and the special assessment in the amount of $300.00 amounting in all to the sum of $5,400,300.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 4th day of April 2024. This satisfaction does not apply to any forfeiture obligations.

                                                                DANIELLE R. SASSOON
                                                                United States Attorney

                                                    By: _____
                                                                JOHN E. GURA, JR.
                                                                Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

On the 5th day of February, 2024 before me personally came JOHN E. GURA, JR., Assistant United States Attorney for the Southern District of New York, personally known to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

**MARIA A COTTO**
Notary Public, State of New York
Commission No. 01CO0011269
Qualified in Westchester County
Commission Expires 07/17/2027